CROOK, Respondent, v. STREIMER, Appellant. (Supreme Court, Appellate Division, Sec-

**1129**

ond Department. December 30, 1903.) Action by Ray Crook against Joseph Streimer. No opinion. Judgment of the Municipal Court affirmed, with costs.